1

2

3

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10

11

12   Joe Thomas Miller,                No. Civ. S-05-0635 LKK PAN P

13          Petitioner,                Order

14       vs.

15   Derral G. Adams,

16          Respondent.

17                              -oOo-

18       Petitioner, a state prisoner proceeding without counsel, has

19   filed an application for a writ of habeas corpus pursuant to 28

20   U.S.C. § 2254.

21       Petitioner challenges a conviction in the San Francisco

22   County Superior Court.  This court and the United States District

23   Court in the district where petitioner was convicted both have

24   jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

25   484 (1973), but witnesses and evidence necessary for the

26   resolution of petitioner's application are more readily

1  available in San Francisco County.  Id. at 499 n. 15; 28 U.S.C.

2  § 2241(d).

3      Petitioner's claim regarding failure to receive gastric

4  bypass surgery at California State Prison - Corcoran must be

5  presented in a civil rights action in the Fresno Division of this

6  court.

7      Accordingly, in the furtherance of justice, I hereby order

8  that this matter is transferred to the United States District

9  Court for the Northern District of California.

10     Dated:  May 31, 2005.

11                            /s/ Peter A. Nowinski
                           PETER A. NOWINSKI
12                           Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26